**FILED**

AUG 2.8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | **LAW OFFICE OF MICHAEL E. MITCHELL**
**MICHAEL E. MITCHELL #240199**
2 | 5588 N. PALM AVENUE, SUITE A-2
FRESNO, CA 93704
3 | TELEPHONE: (559)435-5059
FACSMILE: (559)435-5016
4 |
Attorney for Defendant
5 | BRANDON WELLS

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.: 1:08-MJ-00199

12 |                Plaintiff,        ) WAIVER OF DEFENDANT'S
                                     ) PERSONAL PRESENCE; [PROPOSED]
13 |        vs.                       ) ORDER THEREON
                                     ) (from eu3 8/21/08)
14 | BRANDON G. WELLS,                )
                                     ) Date: August 21, 2008
15 |                Defendant.        ) Time: 9:00 A.M.
                                     )
16 |                                 )
                                     )
17 |                                 )
                                     )
18 |                                 )

19

20 |        Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be

21 | personally present in open court upon the hearing of any proceeding in this case, including, but

22 | not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

23 |        Defendant hereby request that this Court proceed in his/her absence on every occasion

24 | that the Court may permit, pursuant to this waiver.  He/she agrees that his/her interests shall be

25 | ///

26 | ///

27 | ///

28 | ///

1  represented at all times by the presence of his/her attorney, Michael E. Mitchell, the same as if

2  Defendant were personally present.

3
4  DATED: _8-17-08_

   Defendant, BRANDON G. WELLS

5
6
7  DATED: _8/19/08_

   Michael E. Mitchell
8  Attorney for BRANDON G. WELLS

9

10

## ORDER

11

12      **GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be

waived until further order.
13

14  DATED: _8/19/2008_

15

16      Magistrate Judge
      Eastern District of California

17

18

19

20

21

22

23

24

25

26

27

28